LONG *et al. v.* CHURCHILL, executor.

FISH, C. J. Under the evidence submitted on the hearing the trial judge did not err in refusing to grant an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

APRIL 10, 1917.

Petition for injunction. Before Judge Hardeman. Jefferson superior court. June 29, 1916.

*L. D. McGregor,* for plaintiffs. *John T. West,* for defendant.